JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>STEVEN ALEXANDER MEIER,<br><br>              Defendant. | Case No.: 2:23-mj-0351-BNW<br><br>STIPULATION TO CONTINUE<br>BENCH TRIAL<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Adam Vanderheyden, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for August 2, 2023, at the hour of 9:00 a.m., be vacated and continued for thirty (30) days or to a date time convenient to the Court.

This stipulation is entered into for the following reasons:

1. Counsel for the Government is in the process of obtaining necessary documentation for a potential request for restitution.

2. Defense counsel and the defendant do not object to this continuance.

1

3. Denial of this request for a bench trial continuance would prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for continuance of the trial in this case.

DATED this 1st day of August, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Adam Vanderheyden
ADAM VANDERHEYDEN
Counsel for defendant
**STEVEN ALEXANDER MEIRER**

/s/ Imani Dixon
IMANI L. DIXON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEVEN ALEXANDER MEIER,<br><br>  Defendant. | Case No: 2: 23-MJ-0351-BNW<br><br>ORDER CONTINUING<br>BENCH TRIAL |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for August 2, 2023, at the hour of 9:00 a.m., be vacated and continued to Wednesday, September 6, 2023 at 9:00 a.m. in Courtroom 3B.

DATED this __2nd__ day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE