JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN ALEXANDER MEIER,

    Defendant.

Case No.: 2:23-mj-00351-BNW

STIPULATION TO CONTINUE BENCH TRIAL
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Adam Vander Heyden, Esquire, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for September 6, 2023, at the hour of 9:00 a.m., be vacated and continued for sixty (60) days or to a date time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties need additional time resolve an issue regarding a seized firearm before a resolution can be reached.

2. Defense counsel and the defendant do not object to this continuance.

1

3. Denial of this request for a bench trial continuance would prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request for continuance of the trial in this case.

DATED this 5th day of September, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Adam Vander Heyden  
ADAM VANDER HEYDEN, ESQ.  
Counsel for defendant  
**STEVEN ALEXANDER MEIER**

/s/ Imani Dixon  
IMANI L. DIXON  
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:23-mj-00351-BNW |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| vs. | |
| STEVEN ALEXANDER MEIER, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for September 6, 2023, at the hour of 9:00 a.m., be vacated and continued to November 15, 2023 at 9:00 a.m. in Las Vegas Courtroom 3B.

DATED this ___6th___ day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3