JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI DIXON
Assistant United States Attorney
Nevada Bar Number 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388.6418
Imani.Dixon@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:23-MJ-0351-BNW |
| vs. | ) **STIPULATION TO** |
| STEVEN ALEXANDER MEIER, | ) **AMEND RESTITUTION** |
| Defendant. | ) |

IT IS STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and IMANI DIXON, Assistant United States Attorney, counsel for the United States of America, and ADAM VANDER HAYDEN, counsel for the defendant STEVEN ALEXANDER MEIER, that the ordered Restitution amount be amended to $13,347.25.

This Stipulation is entered into based upon the following:

1. On November 15, 2023, the Defendant entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vhicle while Under the Influence of Alcohol, a violation of Title 36 C.F.R. § 4.23(a)(1). *See* ECF No. 12.

2. The Defendant was sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $800 fine and a mandatory $10 penalty assessment; (ii) attend and complete the DUI Course and Victim Impact Panel class; (iii) attend and complete a sixteen (16) hour online Alcohol Awareness course; (iv) pay restitution in the amount of $13,411.60; (v) not return to Lake Mead National Recreation Area for a period of six months; and (iv) not violate any local, state, or federal laws.

3. If defendant successfully completes the above referenced conditions, the Government will move to amend Count One to Reckless Driving, a violation of Title 36 C.F.R. § 4.2(b), NRS 484.653(1).

4. The Restitution amount requested in the Petty Offense Plea Agreement is a miscalculation.

5. The correct total amount of Restitution owed is $13,347.25.

6. As such, the parties jointly request that the resitition amount be amended to $13,347.25.

DATED this 20th day of November, 2023.

Respectfully submitted,
JASON M. FRIERSON
United States Attorney

 /s/ Adam Vander Heyden                                     /s/ Imani Dixon
Adam Vander Heyden, ESQ.                          IMANI L. DIXON, ESQ.
Attorney for Defendant                                    Assistant United States Attorney
**STEVEN ALEXANDER MEIER**

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN ALEXANDER MEIER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 2:23-mj-0351-BNW <br><br> **ORDER TO AMEND RESTITUTION** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Restitution amount of $13,411.60, as listed in the Petty Offense Plea Agreement, is a miscalculation.

2. The correct total amount of Resitution owed is $13,347.25.

## ORDER

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case to amend the Restitution to $13,347.25.

DATED this ____21_____day of November, 2023

_____
UNITED STATES MAGISTRATE JUDGE